**Order entered April 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00165-CR
### No. 05-13-00166-CR

**EX PARTE ABUNDIO VAZQUEZ**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 061906, 061907**

## ORDER

The Court **GRANTS** the State's April 15, 2013 motion to extend time to file State's

brief. We **ORDER** the State's brief received on April 15, 2013 filed as of the date of this order.


/s/      JIM MOSELEY
         PRESIDING JUSTICE